IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GRANT, | No. C 11-80156 SI |
|     Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
|     Respondent. | |

Judgment is hereby entered in favor of respondent United States of America.

**IT IS SO ADJUDGED.**

Dated: August 12, 2011

SUSAN ILLSTON
United States District Judge